# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>JESUS PANIAGUA-ROJAS,<br><br>　　　　　　Defendant. | Case No. 18-CR-5215 WQH<br><br>**JUDGMENT and ORDER DISMISSING WITHOUT PREJUDICE**<br><br>The Honorable William Q. Hayes |

　　Based on the motion of the United States to dismiss the indictment without prejudice, and in light of the interests of justice, it is hereby ordered that the indictment in the above-entitled action be dismissed without prejudice.

　　**SO ORDERED.**
Dated: August 30, 2021

　　　　　　　　　　　　　　　　　　　　　_William Q. Hayes_
　　　　　　　　　　　　　　　　　　　　　Hon. William Q. Hayes
　　　　　　　　　　　　　　　　　　　　　United States District Court